IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CORDERRO R. BRITTEN,**

    *Petitioner*,

v.                                     Case No.: 4:22cv386-MW/MAF

**RICKY D. DIXON,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 33, and has also reviewed *de novo* Petitioner's objections, ECF No. 39.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 33, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DISMISSED as untimely**." A certificate of appealability is **DENIED**. Leave to appeal *in forma pauperis* is **DENIED**. The Clerk shall close the file.

**SO ORDERED on April 28, 2025.**

                                                   **s/Mark E. Walker                    **
                                                   **Chief United States District Judge**